# MASTER SERVICE LIST
## Activa Resources, LLC
## Case No. 22-50117

07/05/2022

**UNITED STATES OF AMERICA**
STEVEN E SEWARD
ASSISTANT UNITED STATES ATTORNEY
601 N.W. LOOP 410, STE 600
SAN ANTONIO TX 78216

**COUNSEL FOR BEXAR COUNTY**

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST., STE 2200
SAN ANTONIO TX 78205

**COUNSEL FOR CARGILL INC**

WINSTEAD PC
SEAN B DAVIS
600 TRAVIS ST., STE 5200
HOUSTON TX 77002

**COUNSEL FOR GALVESTON COUNTY; MADISON COUNTY**

LINEBARGER GOOGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064

**COUNSEL FOR HIDALGO COUNTY; NUECES COUNTY**

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DIANE W SANDERS
P O BOX 17428
AUSTIN TX 78760-7428

**COUNSEL FOR KENILWORTH OIL COMPANY**

LAW OFFICES OF MARTIN SEIDLER
MARTIN SEIDLER
ONE ELM PLACE, STE E-504
11107 WURZBACH RD
SAN ANTONIO TX 78230

**COUNSEL FOR LEXON INSURANCE COMPANY**

HARRIS BEACH PLLC
LEE E WOODARD, ESQ
333 W WASHINGTON ST., STE 200
SYRACUSE NY 13202

**COUNSEL FOR SANTA FE INDEPENDENT SCHOOL DISTRICT**

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008

**COUNSEL FOR STATE OF LOUISIANA, OFFICE OF CONSERVATION**

STATE OF LOUISIANA, DEPT OF NATURAL RESOURCES
RYAN M SEIDEMANN, ASST ATTORNEY GENERAL
CIVIL DIVISION/LANDS & NATURAL RESOURCES
POST OFFICE BOX 94005
BATON ROUGE LA 70804-9005

**COUNSEL FOR TEXAS CAPITAL BANK**

JACKSON WALKER
MICHAEL HELD
2323 ROSS AVENUE
SUITE 600
DALLAS TX 75201

# MASTER SERVICE LIST
## Activa Resources, LLC
## Case No. 22-50117

07/05/2022

**COUNSEL FOR TEXAS CAPITAL BANK F/K/A TEXAS CAPITAL BANK N.A.**

JACKSON WALKER LLP
J MACHIR STULL
2323 ROSS AVE.,STE 600
DALLAS TX 75201

**DEBTOR**

ACTIVA RESOURCES, LLC
JOHN HAYES
403 E COMMERCT ST
SUITE 220
SAN ANTONIO TX 78205

**COUNSEL FOR TEXAS CAPITAL BANK F/K/A TEXAS CAPITAL BANK. N.A.**

JACKSON WALKER LLP
J SCOTT ROSE
112 E PECANST.,STE 2400
SAN ANTONIO TX 78205

**GOVT AGENCY**

TEXAS WORKFORCE COMMISSION
TWC BUILDING REGULATROY INTEGRITY DIV
101 EAST 15TH ST
AUSTIN TX 78778

**COUNSEL FOR THE COUNTY OF LEON, TEXAS**

MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY
P O BOX 1269
ROUND ROCK TX 78680

UNITED STATES ATTORNEY
601 NW LOOP 410
STE 600
SAN ANTONIO TX 78216

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCT DIV BANKRUPTCY
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711

**COUNSEL FOR WESLACO INDEPENDENT SCHOOL DISTRICT**

PERDUE BRANDON FIELDER COLLINS & MOTT L.L.P.
HIRAM GUTIERREZ
2805 FOUNTAIN PLAZA BLVD STE B
EDINBURG TX 78539

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

**COUNSEL FOR WOODBINE PRODUCTION CORPORATION**

RITCHESON LAUFFER & VINCENT PC
SCOTT A RITCHESON
821 ESE LOOP 323 STE 530
TYLER TX 75701

INTERNAL REVENUE SVC
2970 MARKET ST
MAIL STOP 5Q30133
PHILADELPHIA PA 19104-5016

# MASTER SERVICE LIST
## Activa Resources, LLC
## Case No. 22-50117

07/05/2022

**GOVT AGENCY**

UNITED STATES ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE
WASHINGTON DC 20530

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CALLAN C SEARCY, ASSISTANT ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTION DIVISION
P O BOX 12548
AUSTIN TEXAS 78711-2548

**PROPOSED COUNSEL FOR THE DEBTORS**

LOEB AND LOEB LLP
BERNARD R GIVEN II
10100 SANTA MONICA BLVD
STE 2200
LOS ANGELES CA 90067-4120

**TOP 20 UNSECURED CREDITOR**

WOODBINE PRODUCTION CORP
118 S KILGORE ST
KILGORE TX 75662-2516

LOEB AND LOEB LLP
BETHANY D SIMMONS
345 PK AVE
NEW YORK NY 10154

KENILWORTH OIL CO
ROBERT SPINDELL, JR
1626 N PROPSECT AVE
APT 2210
MILWAUKEE WI 53202-2442

MCALESTER FUEL CO
4900 WOODWAY DR
HOUSTON TX 77056

**SECURED CREDITOR**

TEXAS CAPITAL BANK
ALAN WRAY
745 E MULBERRY AVE
SAN ANTONIO TX 78212

ARCADIA OPERATING, LLC
3811 TURTLE CREEK BLVD
STE 1900
DALLAS TX 75219

CARGILL INC
9320 EXCELSIOR BLVD
HOPKINS MN 55343

PAUL R CARL
5919 BAYOU GLEN RD
HOUSTON TX 77057

# MASTER SERVICE LIST
## Activa Resources, LLC
## Case No. 22-50117

07/05/2022

**TOP 20 UNSECURED CREDITOR**

GEOLOGICAL SUBSCRIPTION
D/B/A TGS
PO BOX 733255
DALLAS TX 75373-3255

FLOGISTIX
PO BOX 731389
DALLAS TX 75373-1389

WILSON DIAMOND W MINERAL LP
PO BOX 266
CARRIZO SPRINGS TX 78834

WALTER NICHOLLS COLQUITT
16900 LEXINGTON BLVD
APT 2133
SUGARLAND TX 77479-2376

ROBERT C JACOB
PO BOX 709
SANTA FE TX 77510

HERITAGE WELL SUPPLY
PO BOX 249
CHARLOTTE TX 78011

**TOP 20 UNSECURED CREDITOR**

KALER ENERGY CORP
635 STATE HIGHWAY 46 E
NO 104
BOERNE TX 78006

GREAT TEXAS COMPRESSION LLC
18615 TUSCANY STONE
STE 390
SAN ANTONIO TX 78258

LAMB MINERAL, LP
8607 JOGEVA RISE
SAN ANTONIO TX 78251

SBI WEST TEXAS I, LLC
PO BOX 679270
DALLAS TX 75267-9270

JETTEX RESOURCES
PO BOX 570773
HOUSTON TX 77257

THE COMPLIANCE GROUP, INC
PO BOX 208674
DALLAS TX 75320-8674

# MASTER SERVICE LIST
## Activa Resources, LLC
## Case No. 22-50117

07/05/2022

**TOP 20 UNSECURED CREDITOR**

MUSGRAVE FAMILY LLC
QUALITY CONNECTIONS
12620 ROLLING RD
POTOMAC MD 20854-1963

BENVIEW LIMITED PARTNERSHIP
ELEANOR B MARLOW GP
PO BOX 84
LA SALLE TX 77969-0084

SCOTT E TRIPLITT
PO BOX 783
CARRIZO SPRINGS TX 78834

**UNITED STATES TRUSTEE**

OFFICE OF THE UNITED STATES TRUSTEE
615 E HOUSTON STE 533
SAN ANTONIO TX 78205